### 40455.   HAYNES v. THE STATE.

HALL, Judge.  The defendant Haynes was indicted with a codefendant for involuntary manslaughter.  The joint indictment is set out in substance in *Musick v. State,* ante.  The assignments of error made by the defendant Haynes are controlled by the decision in that case.

The trial court did not err in overruling the defendant Haynes' demurrers on the ground that the indictment was not sufficient to charge him with any offense under the laws of this State, but erred in overruling the remaining demurrers and refusing to quash the indictment.

*Judgment affirmed in part; reversed in part.   Nichols, P. J., and Russell, J., concur.*

DECIDED FEBRUARY 20, 1964.

*David C. Stripling,* for plaintiff in error.
*Wright Lipford, Solicitor General,* contra.

### 40213.   DEARHART v. RESERVE INSURANCE COMPANY.

NICHOLS, Presiding Judge.  The judgment of this court (*Dearhart v. Reserve Ins. Co.,* 108 Ga. App. 347, 132 SE2d 809), reversing the judgment of the trial court having been reversed by the Supreme Court of Georgia (219 Ga. 699, 135 SE2d 378), the judgment of this court is vacated and the judgment of the trial court is affirmed in accordance with the judgment of the Supreme Court.

*Judgment affirmed.   Frankum and Jordan, JJ., concur.*

DECIDED MARCH 17, 1964.

*Wheeler & Crecelius, Charles D. Wheeler, B. W. Crecelius,* for plaintiff in error.
*Nall, Miller, Cadenhead & Dennis, Edward S. White,* contra.